1  McGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                 IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 IN RE:                                      CASE NOS. 3:20-SW-00002-DMC
                                                         3:20-SW-00003-DMC
12 THE SEARCH OF INFORMATION THAT IS                     3:20-SW-00004-DMC
   STORED AT PREMISES CONTROLLED BY
13 GOOGLE, 1600 AMPHITHEATRE                   ORDER COMMANDING GOOGLE
   PARKWAY, MOUNTAIN VIEW,                     NOT TO NOTIFY ANY PERSON OF THE
14 CALIFORNIA 94043 IN RELATION TO AN          EXISTENCE OF WARRANTS
   INVESTIGATION OF Gilman Road, north of
15 Lake Shasta in Shasta County, California    **UNDER SEAL**

16

17         The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

18 the Court issue an order commanding Google, an electronic communication service provider and/or a

19 remote computing service, not to notify any person (including the subscribers and customers of the

20 account(s) listed or described in the warrants) of the existence of the attached warrants for 180 days

21 from the date of this Order.

22         The Court determines that there is reason to believe that notification of the existence of

23 the attached warrants will seriously jeopardize the investigation, including by giving targets an

24 opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns

25 of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See*

26 18 U.S.C. § 2705(b).

27         IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not

28 disclose the existence of the attached warrants, or this Order of the Court, to the listed subscriber or to

1 | any other person, for a period of 180 days from the date of this Order, except that Google may disclose
2 | the attached warrants to an attorney for Google for the purpose of receiving legal advice.
3 |             IT IS FURTHER ORDERED that the application and this Order are sealed until
4 | otherwise ordered by the Court.

Dated:   1-21-2020

Hon. Dennis M. Cota
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER                              2