1  MCGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN RE:<br><br>THE SEARCH OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043 IN RELATION TO AN INVESTIGATION OF Gilman Road, north of Lake Shasta in Shasta County, California | CASE NO.   3:20-SW-00002-DMC<br>                 3:20-SW-00003-DMC<br>                 3:20-SW-00004-DMC<br><br>ORDER TO PRECLUDE NOTICE PURSUANT TO 18 U.S.C. § 2705(b)<br><br>**UNDER SEAL** |

## ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that, pursuant to 18 U.S.C. § 2705(b), Google shall not disclose the existence of the Order, the application, or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the underlying Order will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, and/or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the underlying Order, or this Order of the Court, to the listed subscriber or to any other

1  person, unless and until otherwise authorized to do so by the Court, except that Google may disclose the
2  Order to an attorney for Google for the purpose of receiving legal advice.
3        IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
4  ordered by the Court.

6    Dated:  July 7, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

2