McGREGOR W. SCOTT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:   (916) 554-2700
Facsimile:   (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR THE SEARCH OF:<br>Initial Search Parameters: Location 1<br>Target Time: August 8, 2018 at 9:00 p.m. (Pacific Standard Time) through August 9, 2018 at 1:00 a.m. (Pacific Standard Time); Target Location: Gilman Road, north of Lake Shasta, California, within the geographic box defined by the following four latitudinal and longitudinal coordinates:<br>•　South West Corner: 40.865932, -122.279319<br>•　North West Corner: 40.931683, -122.279319<br>•　North East Corner: 40.931683, -122.203317<br>•　South East Corner: 40.865932, -122.203317 | CASE NO.  3:20-SW-00002-DMC<br><br>ORDER UNSEALING SEARCH WARRANT AND SEARCH WARRANT APPLICATION |

Upon application by the United States of America and good cause having been shown, IT IS

HEREBY ORDERED that the search warrant, search warrant application, and related filings in the

above captioned matter shall be, and are, unsealed.


Dated:  December 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE